IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW MONTOYA,

    Plaintiff,

v.                                         No. 1:21-cv-00677-DHU-GJF

THE J DIAMOND GROUP, INC.
d/b/a DIAMOND GROUP, and
SECTEK, INC.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
## COMPLAINT FOR DAMAGES WITH PREJUDICE

THIS MATTER having come before the Court on Plaintiff Matthew Montoya's motion to dismiss the complaint, the Court having jurisdiction, being advised of the premise, and noting Defendants' concurrence, FINDS the motion is well taken and should be granted.

THEREFORE, the Court grants the Motion to Dismiss the Complaint for Damages with prejudice and instructs all parties to bear their own costs and fees.

_____
HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT COURT

1